UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-326 (TFH) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **JOSE L. SINTUJ-FLORES,** | : | Intent to Distribute 5000 Grams or More of |
| | : | Cocaine) |
| Defendant. | : | 21 U.S.C. §846 |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

From on or about January 2006, through, or about September 2006, within the District of Columbia and elsewhere, **JOSE L. SINTUJ-FLORES,** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and the said mixture and substance was 5000 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

(**Conspiracy to Distribute and Possess With Intent to Distribute 5000 Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia

BY: _____
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
(202) 514-7063
Email: martin.carpenter2@usdoj.gov